In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Lands, Tenements and Hereditaments Required for the Purpose of Opening and Extending East Ninety-sixth Street from East New York Avenue to Rutland Road; from Winthrop Street to Lenox Road, and from Linden Avenue to Church Avenue, in the Borough of Brooklyn, City of New York. NATHAN I. SLUTSKY, Appellant, Respondent; THE CITY OF NEW YORK, Respondent, Appellant. — Decree reversed on the law and the facts and a new trial granted, with costs to claimant-appellant to abide the event, unless within ten days from the service of a copy of the order hereon, The City of New York stipulate that the amount of the award for damage parcels Nos. 2, 3 and 4 be increased from $2,682.15 to $6,258.35; if The City of New York so stipulate, the decree, as thus modified,

is unanimously affirmed, in so far as an appeal is taken therefrom by claimant, with costs of appeal to appellant-claimant. In our opinion the award was grossly inadequate. Decree, in so far as appeal is taken therefrom by the city, unanimously affirmed, without costs. (*Matter of City of New York [East 95th St.]*, 243 App. Div. 809.) Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.